Crim-Mot hrg (Dec-2008)

HONORABLE: Janet C. Hall

DEPUTY CLERK Diahann Lewis   RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 1 hours 30 minutes   USPO _____   INTERPRETER _____

DATE: 7/19/2017   START TIME: 4:00   END TIME: 5:30

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:14cv967   Deft # _____

UNITED STATES OF AMERICA

vs

Torres et al

Brian Leaming
                                    AUSA

See List Attached
Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

74 - Motion for Release - Withdrawn

137 - Motion in Limine re Prior Misconduct - Terminated with right to renew.

138 - Motion for Ntc of Intention to Use Evid. - Terminated as moot in light of government representations as stated on the record.

140 - Motion for Disclosure Impeaching Material - Terminated as moot.

141 - Motion for Bill of Particulars - Denied.

157 - Motion to Produce Discovery - Pending - awaiting further report from gov't.

158 - Motion for Discovery - Terminated as moot.

160 - Motion for Discovery - Terminated.

170 - Motion for Disclosure - Terminated.

Substantive Motions due 8/7; Responses due 8/28; Hearing on Substantive Motions set for 9/26 @ 3:30 p.m.

☐ ............ Competency Hearing ☐ held ☐ continued until _____ at _____
☐ ............ _____ hearing continued until _____ at _____
☐ ............ Court finds defendant _____ ☐ competent ☐ incompetent
☐ ............ Court orders defendant _____ to undergo psychiatric evaluation
☐ ............ Motion Hearing continued until _____ at _____
☐ ............ SEE PAGE II for additional entries